BENJAMIN B. WAGNER
United States Attorney
IAN P. WHITNEY
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS MORENO-FLORES, <br><br> Defendant. | CASE NO. 1:13-CR-00375-AWI-BAM <br><br> MOTION TO DISMISS INDICTMENT; ORDER |

The United States of America ("the government"), by and through Benjamin B. Wagner, United States Attorney and Ian P. Whitney, Special Assistant United States Attorney, hereby moves this Court for permission to dismiss without prejudice the indictment against Jesus Moreno-Flores ("defendant") in Case No. 1:13-CR-00375-AWI-BAM in the interest of justice, and pursuant to Fed. R. Crim. P. 48(a).

Dated: October 10, 2013.
BENJAMIN B. WAGNER
United States Attorney

/s/ Ian P. Whitney
IAN P. WHITNEY
Special Assistant United States Attorney

1

# **ORDER**

To serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:13-CR-00375-AWI-BAM shall be DISMISSED without prejudice. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated:  October 11, 2013

SENIOR DISTRICT JUDGE